# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAUST LUGO, | Civil No. 3:18-cv-1105 |
| Plaintiff | (Judge Mariani) |
| v. | |
| JACQUELINE MATIAS., *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 31st day of October, 2019, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge